UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2024

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Arredondo, Nicholas | Docket No. | 0980 1:24CR02027-SAB-28 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Nicholas Arredondo, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 31st day of October 2024, under the following conditions:

**Standard Condition #1 (pursuant to ECF 30, Case 1:24CR02031-SAB-1):** Defendant shall not commit any offense in violation of federal, tribal, state, or local law. Defendant shall advise the supervising United States Probation/Pretrial Service Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government agency-unless Defendant first notifies the supervising United States Probation/Pretrial Service Officer in the captioned matter.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Pursuant to ECF 709 in case1:24CR02027-SAB-28, on October 31, 2024, Mr. Arredondo was released and ordered to abide by the conditions of pretrial release previously imposed on him in case 1:24:CR02031-SAB-1. On April 30, 2024, a U.S. probation officer had reviewed with Mr. Arredondo all the conditions of release; he acknowledged a full understanding of all his conditions.

**Violation #1:** Mr. Arredondo is considered to be in violation of his pretrial release conditions by being arrested and charged with driving under the influence (DUI), case number 4A0835801, in Yakima County on November 28, 2024.

According to the Yakima County Sheriff's Office (YCSO) narrative for case number 24C19234, at about 7:38 p.m., a YCSO deputy was self-dispatched to an unknown injury collision in the 6200 block of Yakima Valley Highway. Computer Aided Dispatch comments stated an unknown injury collision possibly involving three vehicles. An additional call received by 911 was an off-duty Sunnyside Police Department (SPD) sergeant. The SPD sergeant advised he was chasing one of the involved drivers on foot, who was attempting to flee the scene. The sergeant was able to detain the suspect.

Upon arrival, a YCSO deputy contacted another deputy, who stated the suspect was advised he was under arrest for DUI and Miranda rights were read to him. The suspect in custody was identified as Nicholas Arredondo. Deputies contacted Mr. Arredondo, who was located in the back seat of a Wapato Police Department (WPD) vehicle. He was escorted to the front of the YCSO patrol vehicle, where a search incident to arrest was conducted. Mr. Arredondo's handcuffs were swapped out, and he was placed in the backseat of the YCSO patrol vehicle. A deputy advised Mr. Arredondo had collided with another vehicle located further south on Yakima Valley Highway. The deputy stated the other involved driver was transported to the hospital by ambulance, and YSO did not have a condition on the transported driver.

The SPD sergeant advised he observed Mr. Arredondo inside a white Audi. The sergeant stated Mr. Arredondo exited the vehicle and attempted to leave the area. The sergeant advised Mr. Arredondo he was an off-duty SPD officer and Mr. Arredondo was not free to go. Mr. Arredondo failed to obey commands and began running from the scene, heading north toward Lombard Loop. The sergeant tackled Mr. Arredondo at a residence north of Lombard Loop. When deputies contacted Mr. Arredondo, they observed he had bloodshot watery eyes, slurred speech, and a strong odor of alcohol coming from his breath. The YCSO deputy stated he asked Mr. Arredondo how many drinks he had consumed, and Mr. Arredondo stated he had a couple.

Re: Arredondo, Nicholas
December 2, 2024
Page 2

Mr. Arredondo's Audi keys were left with a WPD officer pending the arrival of the tow truck. Mr. Arredondo was transported to the Yakima County Jail for DUI processing. Upon arrival at the Yakima County Jail, he was escorted inside the processing area and a deputy read him his Miranda rights verbatim from the Washington State DUI packet. A mouth check was completed at approximately 9:01 p.m.; this began the 15-minute observation period. The public defender's office was contacted, and Mr. Arredondo spoke with a public defender. The YCSO deputy stepped out to a nearby sally port while they spoke.

Pending the medical records on the other involved driver's injuries, felony charges for hit-and-run injury and vehicular assault could be forthcoming.

**Violation #2:** Mr. Arredondo is considered to be in violation of his pretrial release conditions by being arrested and charged with hit and run attended vehicle, case number 4A0835801, in Yakima County on November 28, 2024.

Please refer to the narrative found in Violation #1.

**Violation #3:** Mr. Arredondo is considered to be in violation of his pretrial release conditions by being arrested and charged with hit and run unattended property, case number 4A0835801, in Yakima County on November 28, 2024.

Please refer to the narrative found in Violation #1.

**Violation #4:** Mr. Arredondo is considered to be in violation of his pretrial release conditions by being arrested and charged with obstruction law enforcement officer, case number 4A0835802, in Yakima County on November 28, 2024.

Please refer to the narrative found in Violation #1.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 12/02/2024 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[×]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[×]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

12/2/2024
Date