FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-02027-SAB-28 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| NICHOLAS ARREDONDO, | **ECF No. 1388** |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 1388).  Defendant was represented by court-appointed attorney Peter Mazzone.

Chief Judge Stanley A. Bastian continued Defendant's conditions of release following Defendant's entry of guilty pleas.  ECF No. 1169.  Thus, the Court heard this motion with Judge Bastian's permission.

Defendant requests the Court replace his home detention condition with a curfew.  ECF No. 1388.  Neither the United States nor United States Probation/Pretrial Services object to Defendant's request.

Defendant previously submitted the same request to the Court.  ECF No. 1225.  However, in October 2025, the Court denied Defendant's prior motion to modify his conditions of release.  ECF No. 1237.  The Court denied Defendant's

ORDER - 1

motion because Defendant had not obtained the support of his probation officer due to failing to submit timely requests to leave his home. *Id.* With Defendant's history, his failure to comply with his probation officer's request for more timely notice was problematic. *Id.* However, the Court noted that Defendant could renew his motion if he demonstrated more responsibility on supervision by submitting leave requests with sufficient notice, securing employment, and obtaining the support of his probation officer. *Id.* Defendant has now done so. ECF No. 1388.

Accordingly, **IT IS ORDERED:**

1.     Defendant's Motion to Modify Conditions of Release (**ECF No. 1388**) is **GRANTED**.

2.     **Special Condition No. 6 (ECF Nos. 851, 1169) is MODIFIED** in its entirety to read **as follows:**

> 6. **Curfew:** Defendant shall be restricted to the approved residence every day from 8:00 PM to 8:00 AM, or as directed by the United States Probation/Pretrial Services Office.

3.     All other terms and conditions of presentencing release not inconsistent herewith shall remain in full force and effect.

\\

\\

\\

ORDER - 2

DATED April 1, 2026.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE

ORDER - 3